IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex. rel.* Anne Marie Rega, <br><br> Plaintiffs, <br><br> v. <br><br> CAREER EDUCATION CORP., <br> et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 14-cv-3144-MAS-DEA <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The Complaint, the United States Notice of Election to Decline Intervention, and this order be unsealed and served upon the defendants by the Relator;

2. All other contents of the Court's file in this action (including, but not limited to, any applications filed by the United States to administratively terminate the case, oppositions filed by the United States in response to the Relator's motions, reply briefs, memoranda, and supporting documents) shall remain under seal and not be made public or served upon the defendants;

3. The Clerk of the Court shall administratively reopen the above action;

4. The seal be lifted as to all other matter occurring in this action after the date of this Order;

5. The Relator may maintain the instant action in the name of the United States; provided, however, that the action may be dismissed only if the court and the Attorney General of the United States give written consent to the dismissal and their reasons for consenting;

6. Pursuant to 31 U.S.C. § 3730(c)(3), all subsequent pleadings, including supporting memoranda, filed in this action must be served upon the United States;

7. Should the Relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This 10th day of October, 2017.

_____
Honorable Michael A. Shipp
United States District Judge