

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

CRAIG CARPENITO
UNITED STATES ATTORNEY

*Anthony J. LaBruna*
*Assistant United States Attorney*
*Senior Litigation Counsel*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
[anthony.labruna@usdoj.gov](mailto:anthony.labruna@usdoj.gov)

main:   (973) 645-2700
direct: (973) 645-2926
fax:    (973) 297-2010

March 1, 2018

Honorable Michael A. Shipp
United States District Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   United States *ex rel.* Ann Marie Rega v. Career Education Corp. *et al.*
      Civil Action No. 14-3144 (MAS)

Dear Judge Shipp:

The United States, having been informed that the Court intends to dismiss the above referenced case, does not object to such dismissal providing that the dismissal with respect to the United States is without prejudice.

Thank you for your consideration of this matter.

Respectfully submitted,

CRAIG CARPENITO
United States Attorney

By:   *s/ Anthony J. LaBruna*
      _____
      ANTHONY J. LABRUNA
      Assistant United States Attorney

cc:   David Mikel Koller (via ECF)
      Scott A. Resnik (via ECF)