**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Clerk's Office – Trenton, NJ**

ANN MARIE REGA

                      Plaintiff,

v.                                     Case No.:
                                      3:14–cv–03144–MAS–DEA
                                      Judge Michael A. Shipp

CAREER EDUCATION
CORPORATION, et al.

                      Defendant.


**Order For Dismissal Pursuant to Fed.R.Civ.P. 4(m)**

   It appears that the above captioned action having been pending for more than 90 days and the litigants having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

**IT IS** on this 1st day of March, 2018,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to F.R.Civ.P. 4(m), without prejudice and without costs.


        /s/ Michael A. Shipp
        _____
        MICHAEL A. SHIPP United States District Judge